UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA** | **DOCKET NO. 24-CR-168** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **KERRY SALAS DE LA MIYA** | **MAGISTRATE JUDGE LEBLANC** |

## MEMORANDUM ORDER

Before the court is a pro se petition filed by Kerry Salas De La Miya, seeking removal of the pending criminal case against him in the 14th Judicial District Court, Calcasieu Parish, to the United States District Court for the Western District of Louisiana. Doc. 1. To this end Mr. De La Miya cites federal recusal statutes and maintains that there is a "huge conflict of interest" in his state court case. *Id*

Constitutional errors in state criminal proceedings may be challenged in federal court only after a petitioner has exhausted his remedies in state court. *See* 28 U.S.C. § 2254(b). This entails submitting the claim to the highest available state court for review. *Carter v. Estelle*, 677 F.2d 427, 443 (5th Cir. 1982). Additionally, under *Younger v. Harris*, 401 U.S. 37 (1971), federal courts must decline to interfere with state criminal proceedings "except in extraordinary circumstances where the danger of irreparable loss is both great and immediate." *Rodriguez v. Salazar,* 2019 WL 5624756, at *1 (W.D. Tex. Oct. 31, 2019). The Fifth Circuit has emphasized that the federal court must abstain from exercising jurisdiction over a dispute when (1) the dispute involves an ongoing state judicial proceeding, (2) the subject matter of the dispute implicates important state interests, and (3) the ongoing state proceedings afford adequate opportunities for raising the constitutional challenges. *Wightman v. Tex. Sup. Ct.,* 84 F.3d 188, 189–90 (5th Cir. 1996).

The State of Louisiana has an important interest in enforcing its laws and regulations. Petitioner has more than adequate opportunity to raise any challenges in the state courts. Additionally, he has not shown extraordinary circumstances setting him apart from most other criminal defendants raising some sort of constitutional error in their case.

Accordingly, this matter is **REMANDED** to the Fourteenth Judicial District Court as this Court lack jurisdiction in this matter.

**THUS DONE AND SIGNED** in chambers this 19th day of December, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE